IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2021 OCT 20 PM 12:28

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR264 |
| vs. | INDICTMENT<br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1) & (b)(1) |
| ALFREDO ESCOBAR, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT I

Beginning on or about August 3, 2020 and continuing to on or about June 11, 2021, in the District of Nebraska, Defendant ALFREDO ESCOBAR did knowingly and intentionally combine, conspire, confederate, and agree with other person(s) to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

Before ALFREDO ESCOBAR committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846 for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT II

On or about August 3, 2020, in the District of Nebraska, Defendant ALFREDO ESCOBAR did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

Before ALFREDO ESCOBAR committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846 for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT III

On or about June 1, 2021, in the District of Nebraska, Defendant ALFREDO ESCOBAR did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

Before ALFREDO ESCOBAR committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846 for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT IV

On or about June 11, 2021, in the District of Nebraska, Defendant ALFREDO ESCOBAR did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

Before ALFREDO ESCOBAR committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846 for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

THOMAS J. KANGIOR
Assistant United States Attorney

3